**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-1919**

---

STARSHA M. SEWELL, M.Ed.,

          Plaintiff - Appellant,

     v.

WESTAT,

          Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Roger W. Titus, Senior District Judge. (8:16-cv-00158-RWT)

---

Submitted: January 22, 2018                Decided: January 24, 2018

---

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Starsha Sewell, Appellant Pro Se. Todd James Horn, Lillian Lane Reynolds, VENABLE, LLP, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders denying three post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Westat*, No. 8:16-cv-00158-RWT (D. Md. July 6 & 31, 2017; Aug. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*